MARY J. BRENNAN, as Administratrix of JOHN BRENNAN, Deceased, Respondent, v. ALBANY AND GREENBUSH BRIDGE COMPANY, Appellant.

*Brennan* v. *Albany & Greenbush Bridge Co.*, 61 App. Div. 279, affirmed. (Argued February 25, 1902; decided March 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1901, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Randall J. Le Boeuf* for appellant.

*John S. Wolfe* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.